**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---

**In re:**

  **41-23 HAIGHT REALTY INC.,**
  a/k/a 41-23 HAIGHT STREET REALTY, INC.,

                                          **Debtor.**

**Chapter 11**

**No. 19-43441-nhl**

**Hon. Nancy Hershey Lord**

---

**THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS OF 41-23 HAIGHT**
**REALTY INC., a/k/a 41-23 HAIGHT STREET**
**REALTY, INC.,**

                                          **Plaintiff,**

    **v.**

**90-56 L&Z REALTY, LLC**
**WING FUNG CHAU**

                                          **Defendant(s).**

**Adv. Pro. No.: 1-21-01072-nhl**

---

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                   )ss:
COUNTY OF ERIE        )

     WILLIAM G. KLEIN, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Buffalo, New York.

     On August __13__, 2021, service of the **Summons and Notice of Pretrial Conference in an Adversary Proceeding, and Complaint** was made upon:
The attached list of parties in interest by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the persons on the attached list at the last known address set forth after each name.

Sworn to before me this
  __13th__   August, 2021

    __/s/ Scott J. Bogucki__
Scott J. Bogucki, Esq.

                                           __/s/ William G. Klein__
                                            William G. Klein, Esq.

## EXHIBIT A

**DEFENDANT**

90-56 L&Z Realty, LLC *Address maintained by the NYS Secretary of State*
Attn: WING FUNG CHAU President or CEO
86-22 Broadway 2nd Fl
Elmhurst, NY  11373

---

**DEBTOR & DEBTOR'S COUNSEL**

**Courtesy copy via email: ourlawyers@aol.com**

| | |
|---|---|
| 41-23 Haight Realty Inc., | Victor Tsai, Esq. |
| 87-10 Queens Blvd | 562 Coney Island Avenue |
| Elmhurst, NY 11373 | Storefront |
| | Brooklyn, NY 11218 |

---

**INSIDERS**

| | |
|---|---|
| *USPS – first class mail* | *Courtesy copy to counsel (where known) via email* |
| Wing Fung Chau | *Elliot Rosner, Esq.* |
| 32-37 214th Place | *erosner@skrslaw.com* |
| Bayside, NY 11361 | |
| | |
| Bo Jin Zhu | *Robert Sasloff, Esq.* |
| 60 Henry Street, Apt. 15C | *rms@robinsonbrog.com* |
| New York, New York 10002 | |
| | |
| Hok Kwai Chau | *Forchelli Deegan Terrana LLP* |
| 6249 Ellwell Cres, Apt 1 | *njones@forchellilaw.com* |
| Rego Park, New York 11374 | |
| | |
| Chun Yin Chen | *Han, LLP* |
| 80-68 Cornish Avenue | *chris.han@hanllplaw.com* |
| Elmhurst, New York 113736 | |
| | |
| Xiu Qin Shi | |
| 3 August Lane, Old | |
| Westbury, NY 11568 | |
| | |
| Ken Cheng | *M. David Graubard, Esq.* |
| 135-14 Northern Blvd. | *dgraubard@keragraubard.com* |
| Flushing, New York 11355 | |

Mei Yang Ko
167 Wilson Ave
Brooklyn NY 11237

Salena Chau                         *Eric J. Snyder, Esq.*
21436 32nd Rd                       *esnyder@wilkauslander.com*
Bayside NY 11361

Tu Kang Yang                        *Eric J. Snyder, Esq.*
13333 Sanford Ave, Apt. 3G          *esnyder@wilkauslander.com*
Flushing, NY 11355

Dongmei Li
931 121st Street
College Point, New York 11356

Wendy Chau
64-05 Woodside Ave., Unit 2D
Woodside, New York 11377

Yuzheng Miao                        *Sophie Wang, Esq. swang@muchmorelaw.com*
31 Hamilton Drive                   *Maximillian D. Travis, Esq. mtravis@muchmorelaw.com*
Roslyn, NY 11576

Aiyun Chen
7 Summit Place
Whitestone, New York 11357